UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS D. COLVARD, SR., | No.  2:13-cv-2478 TLN AC P |
| Plaintiff, | |
| v. | FINDINGS & RECOMMENDATIONS |
| SACRAMENTO SHERIFF'S DEPT., et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  ECF Nos. 1, 8.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).  Although plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a), because this case is subject to summary dismissal, no filing fee will be assessed at this time.

Order to Show Cause

On December 9, 2013 plaintiff was ordered to show cause why the instant case should not be dismissed as duplicative of Case No. 2:13-cv-2050 EFB which was dismissed without leave to amend on November 7, 2013.  ECF No. 4.  Plaintiff was previously warned that his failure to respond to the show cause order may be deemed as consent to dismissal of the instant action.  See

1  ECF No. 4 at 2.  Plaintiff has failed to respond to the show cause order and the time to do so has
2  expired.
3       In assessing whether a second action is duplicative of the first, the court examines whether
4  the causes of action and relief sought, as well as the parties or privies to the action, are the same.
5  Adams v. California Dept. of Health Services, 487 F.3d 684, 693 (9th Cir. 2007).  Here, the two
6  causes of action as well as the relief sought are the same in both civil rights cases filed by
7  plaintiff.  Additionally, the instant action names the Sacramento Sheriff's Department and
8  Detective Guzman as defendants who were also identified as defendants in Case No. 2:13-cv-205
9  EFB.  For all of these reasons, it is clear to the undersigned that the instant action is duplicative of
10  Case No. 2:13-cv-205.
11       Accordingly, IT IS HEREBY RECOMMENDED that this case be dismissed as
12  duplicative.
13       These findings and recommendations are submitted to the United States District Judge
14  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days
15  after being served with these findings and recommendations, plaintiff may file written objections
16  with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings
17  and Recommendations."  Plaintiff is advised that failure to file objections within the specified
18  time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153
19  (9th Cir. 1991).
20  DATED: February 7, 2014

                                        /s/ Allison Claire
                                        ALLISON CLAIRE
                                        UNITED STATES MAGISTRATE JUDGE