UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS D. COLVARD, SR., <br><br> Plaintiff, <br><br> v. <br><br> SACRAMENTO SHERIFF'S DEPT., et al., <br><br> Defendants. | No. 2:13-cv-02478 TLN AC P <br><br><br> ORDER |

Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On February 18, 2014, plaintiff filed a motion for the court to rescind the restitution order. ECF No. 11. This court did not order plaintiff to pay any restitution.

Accordingly, IT IS HEREBY ORDERED that the motion, ECF No. 11, be stricken from the court's docket.

DATED: February 21, 2014

                                                                                       /s/ Allison Claire
                                                                                       ALLISON CLAIRE
                                                                                       UNITED STATES MAGISTRATE JUDGE

1